RECEIVED
APR - 8 2020
BY MAIL

Att: The Honorable Catherine D. Perry
Senior United States District Judge

From: Micah Gordon-Bey/(AKA) MICAH GORDON
Docket No: 0865   4:19CR00485-1 CDP/Pacts No: 49134

Re: Emergency Release Petition

Dear, Honorable Judge Catherine D. Perry. My Name Is Micah Gordon-Bey And I Am A Federal Inmate Housed At The St. Louis City Justice Center. I Am Currently Scheduled To Be Sentenced On A 922(g) On April 15th 2020, Which Is A None-Violent Offence. This Letter Serves As My Request For A Emergency Release In Accordance With Program Statement 5050.49, Emergency Release Petition: Procedures For Implementation Of 18 U.S.C. § 3582(c)(1)(A). This Petition Is Specifically Made As To The COVID-19/Medical Circumstance Condition Category Discussed In Section 3(a) Of The Program Statement. According To The Program Statement, Any Inmates Who Have Been Exposed To COVID-19 And The Facility Dose Not Have A Doctor Or Proper Medical Staff Needed For This Virus, And The Staff Here Are Not Wearing The Proper Protective Equipment Needed To Prevent The Spread Of This Deadly Virus. It Has Been Confirmed That Several Staff Members At This Location Has Tested Positive For The Virus; The Staff Here At This Location Is No Taking

This Deadly Pandemic Serious At All! They Continue To Leave And Go Home And Come Back To Work On A Daily Leaving Me At Risk Of This Deadly Virus Everyday! We Have Recreation Time With More Than 10 Inmates At A Time Everyday! After The CDC Has Issued A Memorandum Instructing Them To Keep It At No More Than 10 Inmates At A Time! We Are Not Being Giving Any Cleaning Supplies To Keep Ourself Or Our Living Areas Sanitized During This Deadly Plague! And My Life Is In Danger! Therefore I Feel That I Qualify For The Compassionate Release Under This Policy Provision. I Fulfill Both Of These Requirements. If This Compassionate Releas Petition Is Granted, I Will Be Placed In Home Confinement And Reside With My Fiance Ms. Ahmea Fields And My Four Children At, 2935 Dover Drive, St. Louis, Missouri. 63033. This Home Plan Was Just Recently Approved By The U.S. Probation Officer. My Wife Will Support Me Financially. Due To The Current Pandemic Which Has Forced Everyone To Be Quarantine, I Will Not Be Working. Instead, I Will Remain At My Home Where It Is Safer! Thank You Very Much For Your Consideration. I Pray That You Will Grant This Petition So That I May Go Home And Be With My Family During This Deadly Crisis Because My Life Is In Extrem Danger By This Globle Pandemic! I Pray That The Great God Grant You Peace During This Troubling Time For Our Great Nation. It Shall Be Noted That I Have Not Caused Any Injuries To No Person! Respectfully Submitted, Peace

M.A. Amho-Bey

Shimea Fields
2935 Dover Drive
Florissant, MO 63033

April, 1, 2020

Re: Micah Gordon-Bey
   200 South Tucker
   St. Louis, MO 63102

Your Honor,

I am writing this letter to urge your leniency in the sentencing of my fiancé Micah Gordon-Bey.

I have known Micah for over 16 years, we graduated high school at the save time, and he is the father of my three children. He and I are both aware of the gravity of the crime he was convicted of, but it is still hard for me to wrap my mind around. He is not a violent man what so ever, he is actually a very respectful and intelligent laid back gentleman.

Micah has always been for me and our family, willing to lend a hand with everything, from fixing on the car to studying for a test and overall support with our children. I honestly feel that imprisonment is the most unsafe place for him especially with the COVID-19 pandemic. Micah's life is in danger in any jail or prison. Home is the absolute best, most safe place for Micah to be with his family during this World Crisis. Probation and Parole has even been out to do a walk-through of the house right before the outbreak.

Micah is the first to admit when he has done something wrong and has expressed to me that he only wants to continue to become a better person overall. I am for your leniency. He has close ties to the community and I strongly believe that a lesser sentence is most appropriate for Micah in this situation.

Sincerely,

*Shimea Fields*

Shimea Fields

Dear Judge,

I just want to take some time out of my day to write this letter to you to tell you that I really need my dad home I really miss him. I just really need him to come home because, he's a great father and I need him to help practice/coach me for football and basketball after this stay at home order is over and I also need him because I know he will stay up all night with me and help me study for my tests that we are doing online. I just really need my dad to come home because he is the best dad I could ever ask for. I am starting to get scared because of the corona and the jail not letting us see him. Please let him come home to his family.

Sincerely,
Z'Micah Gordon-Bey

Dear Judge,

Hey, I would like for you to send my dad home. I miss him and need him, spend time with him all of that. You know how the corona going around... Yea I need him to protect me from that I'm scared cause his side 3 people got it so PLEASE LET HIM COME HOME I'm pretty sure he would want to protect his only daughter by himself cause when he in jail he can't do ANYTHING!!

From: Z'Khya Gordon-Bey

Shimea Fields
2935 Dover Dr.
Florissant, MO 63033



Thomas F. Eagleton
U.S. Courthouse
111 S. 10th St.
St. Louis, MO 63102

RECEIVED
APR - 8 2020
BY MAIL

Attn: Honorable Judge Catherine D. Perry