## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Micah Gordon                                      Docket No.: 4:19CR00485-1 CDP

Name of Sentencing Judicial Officer: The Honorable Catherine D. Perry
                                     Senior United States District Judge

Date of Original Sentence: April 16, 2020

Original Offense: Felon In Possession Of A Firearm

Original Sentence: 29 months imprisonment and 2 years supervised release. This sentence shall run concurrently with the sentence imposed in the pending supervised release revocation under Docket No. 4: 13CR00171-1JAR, pursuant to the provisions of USSG §5G 1.3.

Type of Supervision: Supervised Release                Date Supervision Commenced: May 14, 2021
                                                              Expiration Date: May 13, 2023

Assistant U.S. Attorney: Thomas J. Mehan               Defense Attorney: Stephen C. Williams

### PETITIONING THE COURT

[X]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**

Mandatory Condition No.3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Special Condition No. 1: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

**Nature of Noncompliance**

On July 28, 2021 and August 2, 2021, Gordon was scheduled to submit to drug testing at Avertest and on both dates Gordon was marked as a failure to appear.

On August 4, 2021, Gordon was questioned about the missed drug tests to which he advised that he did go to Avertest for his drug test, but he was not allowed to submit a urine specimen because he uses his "Free National" identification card that utilizes his Moorish Temple name. Gordon further advised that he does not have an identification card with the name "Micah Gordon" on it and that he has no plans on obtaining one.

**Violation Number**

Special Condition No. 2: You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Nature of Noncompliance**

On July 13, 2021, a contract with Risse Counseling was initiated for Gordon to begin mental health/substance abuse counseling to address his substance abuse as well as to address his anxiety from being incarcerated.

On July 14, 2021, Gordon reported to Risse Counseling to initiate his treatment, but he advised that he was turned away because he was at the wrong location.

On August 4, 2021, Gordon was asked why he has not returned to Risse to initiate his treatment for dual diagnosis counseling, and he advised that he is not entering into a government contract under the name "Micah Gordon".

**Previous Violations**

On July 13, 2021, a report was submitted to the Court advising of Gordon's illicit substance use. No action was requested, and Gordon was referred to Risse Counseling to address his substance use.

**U.S. Probation Officer Recommendation:** On July 12, 2021, during a home visit, Gordon was asked if he has legally changed his name or submitted a motion to the Court advising of his legal name change to which he advised that he is "getting paperwork together" to submit to the Court that will resolve all of his issues with supervision. To date he has provided no documentation.

The Probation Office respectfully requests that a summons be issued at this time as Gordon's refusal to sign any required documents pertaining to his supervision will serve as a continued barrier for any supervision-related obligation that calls for a signature of the name "Micah Gordon."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2021

Approved,

by *Lisa M. White*

Lisa M. White
Supervising U.S. Probation Officer
Date: August 17, 2021

Respectfully submitted,

by *JD*

James R. Dubose
U.S. Probation Officer
Date: August 17, 2021

**THE COURT ORDERS:**

☐  No Action
☐  The Issuance of a Warrant
☒  **The Issuance of a Summons**
    **Appearance Date: WEDNESDAY, SEPTEMBER 1, 2021**
    **Appearance Time: 11:30 A.M.**
    **Courtroom Number: 16-SOUTH**.
☐  Other

*Catherine D. Perry*
Signature of Judicial Officer

August 18, 2021
Date