UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19 CR 485 CDP |
| | ) | |
| MICAH GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a **hearing to review defendant Micah Gordon' supervised release conditions** is set for **Wednesday, September 1, 2021 at 11:30 a.m.** **IN PERSON in Courtroom 16-South.**

A summons has already issued for the defendant to appear.   Counsel of record should also appear.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2021.